improve its corporate governance and internal procedures to comply with applicable laws and to protect Kandi and its shareholders from a repeat of the damaging events described herein, including, but not limited to, putting forward for shareholder vote the following resolutions for amendments to the Company's By-Laws or Articles of Incorporation; and the following actions as may be necessary to ensure proper Corporate Governance Policies:

    (1) a proposal to strengthen the Board's supervision of operations and develop and implement procedures for greater shareholder input into the policies and guidelines of the Board;

    (2) a provision to permit the shareholders of Kandi to nominate at least three independent candidates for election to the Board; and

    (3) a proposal to ensure the establishment of effective oversight of compliance with applicable laws, rules, and regulations;

    D.    Determining and awarding to Kandi exemplary damages in an amount necessary to punish Defendants and to make an example of defendants to the community according to proof at trial;

    E.    Awarding Kandi restitution from Defendants, and each of them;

    F.    Awarding Plaintiffs the costs and disbursements of this action, including reasonable attorneys' and experts' fees, costs, and expenses; and

    G.    Granting such other and further equitable relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated: May 23, 2017                                       **LIFSHITZ & MILLER LLP**

*/s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
821 Franklin Avenue, Suite 209
Garden City, NY 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376
