UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN R. OLSON and SOLVEIG L. OLSON, Derivatively on Behalf of Nominal Defendant KANDI TECHNOLOGIES GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HU XIAOMING, BING MEI, CHEN LIMING, JERRY LEWIN, HENRY YU, CHENG WANG, XIAOYING ZHU and YI LIN, <br><br> Defendants, <br><br> and <br><br> KANDI TECHNOLOGIES GROUP, INC., <br><br> Nominal Defendant. | Case No. 17-cv-03890-ER |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs John R. Olson and Solveig L. Olson ("Plaintiffs") hereby voluntarily dismiss the above-captioned action brought before the United States District Court for the Southern District of New York, without prejudice, as to all defendants with each side to bear their own costs. As grounds there, Plaintiffs state that no defendant has filed an answer or a motion to dismiss Plaintiffs' action.

Moreover, neither Plaintiffs nor Plaintiffs' counsel has received any remuneration in connection with the proposed dismissal of this action.

Dated: October 3, 2017

LIFSHITZ & MILLER LLP

_____
Joshua M. Lifshitz

Email: jml@jlclasslaw.com
821 Franklin Avenue, Suite 209
Garden City, NY 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376